**FILED**
**JANUARY 5, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| DR. HANSEL M. DEBARTOLO V. GENERAL AMERICAN LIFE INSURANCE COMPANY and INFORMATION RESOURCES, INC. | **08 C 91** |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

DR. HANSEL M. DEBARTOLO, PLAINTIFF

**JUDGE HOLDERMAN**
**MAGISTRATE JUDGE KEYS**

| NAME (Type or print) |
|---|
| STUART P. KRAUSKOPF |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ STUART P. KRAUSKOPF |

| FIRM |
|---|
| THE LAW OFFICES OF STUART P. KRAUSKOPF |

| STREET ADDRESS |
|---|
| 30 N. LASALLE ST., SUITE 3124 |

| CITY/STATE/ZIP |
|---|
| CHICAGO, IL 60602 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6190716 | 312-377-9592 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
|---|
| RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ |