UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DR. HANSEL M. DEBARTOLO )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>GENERAL AMERICAN LIFE INSURANCE )<br>COMPANY and INFORMATION )<br>RESOURCES, INC., )<br>)<br>Defendants. ) | Case No. 08-cv-91<br><br>Judge Holderman |

## MOTION FOR DEFAULT JUDGEMENT

Now comes the Plaintiff, DR. HANSEL M. DEBARTOLO ("DeBartolo"), by and through his attorney, THE LAW OFFICES OF STUART P. KRAUSKOPF P.C., as and for their Motion for Default Judgment against Defendant, INFORMATION RESOURCES, INC. ("IRI"), states and alleges as follows:

1. On January 5, 2008, Plaintiff sued Defendant to recover damages under the provisions of the Employment Retirement Income Security Act ("ERISA"), U.S.C. § 1132(a)(1)(B) and with respect to various other claims. (Complaint, Doc. No. 1)

2. On January 8, 2008, Defendant was served with a copy of the Waiver of Service of Summons and the Complaint. IRI executed and returned the Waiver and Plaintiff filed it with the Court on February 8, 2008. (Waiver of Service, Doc. No. 5)

3. As of March 17, 2008, no Appearance on behalf of the Defendant IRI had been filed with the Clerk of the Court for the Northern District of Illinois, nor has IRI responded to the Complaint in any other manner.

4. Under Illinois Law, Plaintiff is entitled to a default judgment since IRI has failed to appear within the time allotted by law.

WHEREFORE, Plaintiff, DR. HANSEL M. DEBARTOLO, respectfully requests this Court for the entry of an Order of Default against Defendant, INFORMATION RESOURCES, INC., and granting judgment in his favor and against INFORMATION RESOURCES, INC., and for any other relief which this Court deems just and reasonable.

Respectfully submitted,

DR. HANSEL M. DEBARTOLO, Plaintiff,

By:   /s/ Stuart P. Krauskopf
      One of his Attorneys

Dated: March 17, 2008

Stuart P. Krauskopf
Michael A. Schnitzer
Lindsay M. Malitz
The Law Offices of Stuart P. Krauskopf, P.C.
30 North LaSalle Street
Suite 3124
Chicago, Illinois 60602
312-377-9592
Atty. No. 41590