UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DR. HANSEL M. DEBARTOLO, <br><br> Plaintiff, <br><br> v. <br><br> GENERAL AMERICAN LIFE INSURANCE COMPANY and INFORMATION RESOURCES, INC., <br><br> Defendants. | Case No. 08-cv-91 <br><br> Judge Holderman |

## NOTICE OF MOTION

TO: See Attached Service List

**PLEASE TAKE NOTICE** that on Tuesday, March 25, 2008 at 9:00 a.m. or as soon thereafter as counsel may be heard, the undersigned will appear before the Honorable Judge Holderman or any judge sitting in his stead, in the courtroom usually occupied by him in Room 2541 of the Dirksen Federal Building, Chicago, Illinois, and then and there present Plaintiff's **"Motion for Default Judgment,"** a copy of which is attached hereto and hereby served upon you.

Respectfully submitted,

DR. HANSEL M. DEBARTOLO, Plaintiff

By: /s/ Stuart P. Krauskopf
    One of His Attorneys

Stuart P. Krauskopf
Lindsay M. Malitz
Michael A. Schnitzer
30 North LaSalle Street
Suite 3124
Chicago, Illinois 60602
312-377-9592
Atty. No. 41590

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that the following statements set forth in this instrument are true and correct: that I caused to be served the above and foregoing Notice of Motion and attached "Motion for Default Judgment," via the U.S. District Court's Electronic Filing System to all parties of record and/or by Regular U.S. Mail, as indicated below to the following on the 17th day of March, 2008 before 6:00 p.m.:

Service List

Attorney for Defendant Information Resources, Inc.
Andra A. Boliker
Vice President and Corporate Counsel
150 North Clinton Street
Chicago, IL 60661

By: /s/ Stuart P. Krauskopf
One of His Attorneys

Stuart P. Krauskopf
Michael A. Schnitzer
Lindsay M. Malitz
The Law Offices of Stuart P. Krauskopf, P.C.
30 North LaSalle Street
Suite 3124
Chicago, Illinois 60602
312-377-9592
Atty. No. 41590