IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DR. HANSEL M. DEBARTOLO, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> GENERAL AMERICAN LIFE INSURANCE ) <br> COMPANY and INFORMATION ) <br> RESOURCES, INC., ) <br> ) <br> Defendants. | Case No.: 08 C 91 <br><br> Judge Holderman <br> Magistrate Judge Keys |

NOTE:  In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**DEFENDANT INFORMATION RESOURCES, INC.**

| | |
|---|---|
| SIGNATURE: /s/ *Stephen D. Vernon* | |
| FIRM  Hinshaw & Culbertson LLP | |
| STREET ADDRESS  222 N. LaSalle Street, Suite 300 | |
| CITY/STATE/ZIP  Chicago, Illinois 60601 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6288676 | TELEPHONE NUMBER <br> 312-704-3000 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?     YES ☐          NO ☒ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?  YES ☐          NO ☒ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?     YES ☐          NO ☒ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?  YES ☐   NO ☒ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br><br> RETAINED COUNSEL  ☐       APPOINTED COUNSEL  ☐ | |

## CERTIFICATE OF SERVICE

I, the undersigned, an attorney, certify that I filed this APPEARANCE through the Court's ECM/CF system, which will cause electronic notification of this filing to be sent to all counsel of record on April 24, 2008.

By: s/*Stephen D. Vernon*

| **TO:** | **Stuart Philip Krauskopf**<br>The Law Offices of Stuart P. Krauskopf<br>30 N. LaSalle St., Ste. 2200<br>Chicago, IL  60603<br>stu@stuklaw.com |
|---|---|