UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DR. HANSEL M. DEBARTOLO<br><br>Plaintiff,<br><br>v.<br><br>GENERAL AMERICAN LIFE INSURANCE COMPANY and INFORMATION RESOURCES, INC.,<br><br>Defendants. | Case No. 08-cv-91<br><br>Judge Holderman |

## MOTION FOR VOLUNTARY DISMISSAL

Now comes the Plaintiff, DR. HANSEL M. DEBARTOLO, by and through his attorney, THE LAW OFFICES OF STUART P. KRAUSKOPF P.C., as and for their Motion for Voluntary Dismissal states and alleges as follows:

1. On January 5, 2008, Plaintiff sued Defendant to recover damages under the provisions of the Employment Retirement Income Security Act ("ERISA"), U.S.C. § 1132(a)(1)(B) and with respect to various other claims.

2. On May 21, 2008, the parties reached a settlement disposing of the lawsuit.

3. Plaintiff hereby moves to dismiss, with prejudice, the Complaint in the above-captioned matter.

Respectfully submitted,

DR. HANSEL M. DEBARTOLO, Plaintiff,

By:   /s/ Stuart P. Krauskopf
      One of his Attorneys

Stuart P. Krauskopf
The Law Offices of Stuart P. Krauskopf, P.C.
30 North LaSalle Street, Suite 3124
Chicago, Illinois 60602
312-377-9592
Atty. No. 41590

1