UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DR. HANSEL M. DEBARTOLO )<br>)<br>Plaintiff, )<br>) Case No. 08-cv-91<br>v. )<br>) Judge Holderman<br>GENERAL AMERICAN LIFE INSURANCE )<br>COMPANY and INFORMATION )<br>RESOURCES, INC., )<br>)<br>Defendants. ) | |

## NOTICE OF MOTION

TO:   Stephen Vernon
      Hinshaw & Culbertson LLP
      222 N. LaSalle Street, Suite 300
      Chicago, IL 60601
      svernon@hinshawlaw.com

   **PLEASE TAKE NOTICE** that on Tuesday, July 1, 2008 at 9:00 a.m. or as soon thereafter as counsel may be heard, the undersigned will appear before the Honorable Judge Holderman or any judge sitting in his stead, in the courtroom usually occupied by him in Room 2541 of the Dirksen Federal Building, Chicago, Illinois, and then and there present Plaintiff's **"Motion for Voluntary Dismissal,"** a copy of which is attached hereto and hereby served upon you.

                                    Respectfully submitted,

                                    DR. HANSEL M. DEBARTOLO, Plaintiff

                                    By: /s/ Stuart P. Krauskopf
                                         One of His Attorneys

Stuart P. Krauskopf
Lindsay M. Malitz
Michael A. Schnitzer
30 North LaSalle Street
Suite 3124
Chicago, Illinois 60602
312-377-9592
Atty. No. 41590

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that the following statements set forth in this instrument are true and correct: that I caused to be served the above and foregoing Notice of Motion and attached "Motion for Voluntary Dismissal," via the U.S. District Court's Electronic Filing System to all parties of record and/or by Regular U.S. Mail, as indicated below to the following on the 23rd day of June, 2008 before 6:00 p.m.:

    Stephen Vernon
    Hinshaw & Culbertson LLP
    222 N. LaSalle Street, Suite 300
    Chicago, IL 60601
    svernon@hinshawlaw.com

                                        By: /s/ Stuart P. Krauskopf
                                              One of His Attorneys

Stuart P. Krauskopf
Michael A. Schnitzer
Lindsay M. Malitz
The Law Offices of Stuart P. Krauskopf, P.C.
30 North LaSalle Street
Suite 3124
Chicago, Illinois 60602
312-377-9592
Atty. No. 41590

2